MACK et al., Respondents, v. JOHN SINGLE PAPER CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth De-

partment. October 8, 1901.) Action by James L. Mack and another against the John Single Paper Company, Limited.

PER CURIAM. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., who dissents upon the ground that the boiler, which concededly had a hole in one of the flues, which had been plugged, was not "sound in every respect" as guarantied by the plaintiff.

RUMSEY, J., not sitting.